IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ANDREW AUSTIN,

    Plaintiff,

vs.                                CASE NO. 5:08cv243/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 43). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Amended Report and Recommendation is approved and incorporated in this order.

2. The Commissioner's decision is affirmed.

3. The clerk is directed to enter judgment for Defendant and close the file.

**ORDERED** on February 10, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**